CASSANDRA H. DUDLEY, Respondent, *v.* FIFTH AVENUE TRUST COMPANY, as Executor of AUGUSTUS P. DUDLEY, Deceased, Appellant.

*Dudley* v. *Fifth Ave. Trust Co.*, 115 App. Div. 396, affirmed. (Argued March 6, 1907; decided April 2, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

December 5, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to set aside an assignment heretofore made by plaintiff of her interest in a policy of life insurance upon the life of the deceased.

*Eldon Bisbee* for appellant.

*Leland S. Stillman* for respondent.

Judgment affirmed; with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.